# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3303

_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Lovon Dixon

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: February 21, 2017
Filed: February 27, 2017
[Unpublished]

_____

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Anthony Dixon appeals after he pleaded guilty to failing to register as a sex offender and the district court[1] sentenced him to 30 months in prison, a term within

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

the calculated Guidelines range.  His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).  We remind counsel of their obligation in filing an <u>Anders</u> brief.  Such a brief must be done as an advocate for the appellant, not the government, and should refer to anything in the record that might arguably support the appeal.  <u>See</u> <u>Evans v. Clarke</u>, 868 F.2d 267, 268 (8th Cir. 1989).  Nonetheless, we read counsel's brief as questioning the reasonableness of Dixon's prison term.  Dixon has not filed a supplemental brief.

Upon careful review, we conclude that the district court did not commit any significant procedural errors or impose a substantively unreasonable sentence.  <u>See</u> <u>United States v. David</u>, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable).  In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____